# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW MAZARA, | PLAINTIFF |
| v. | CASE NO. 1:25-CV-00060-HSO-BWR |
| FAMILY HOME HEALTH SERVICES, LLC D/B/A VITALCARING GROUP | DEFENDANT |

## DEFENDANT'S NOTICE OF ORAL DEPOSITION OF PLAINTIFF MATTHEW MAZARA

TO: Plaintiff Matthew Mazara, by and through his attorneys of record, Louis H. Watson, Jr., WATSON & NORRIS, PLLC, 4209 Lakeland Drive, Suite 365, Flowood, MS 39232-9212.

PLEASE TAKE NOTICE that Defendant Family Home Health Services, LLC d/b/a VitalCaring Group ("Defendant"), by and through its counsel of record, will take the oral deposition of Plaintiff Matthew Mazara before a qualified court reporter, at 2209 23rd Ave., Gulfport, MS 39501, on **January 29, 2026, at 10:00 a.m.** The deposition will be recorded by stenographic means before a certified court reporter, may be videotaped, and will continue until completed. Defendant provides notice that one or more of its representatives may also attend the deposition.

| | |
|---|---|
| Dated: January 9, 2026 | */s/ James A. McGehee* <br> James A. McGehee (TX Bar No. 24132520) <br> (Admitted Pro Hac Vice) <br> LITTLER MENDELSON, P.C. <br> 2001 Ross Avenue, Suite 1500 <br> Dallas, Texas 75201.2931 <br> Telephone:  214.880.8100 <br> Email:  jmcgehee@littler.com <br><br> Matthew G. Gallagher (MS Bar No. 103159) <br> LITTLER MENDELSON, P.C. <br> 40 S. Main Street, Suite 2500 <br> Memphis, Tennessee 38103 <br> Telephone:  901.795.6695 <br> Email:  mgallagher@littler.com <br><br> */s/ Matthew G. Gallagher* <br> Resident Attorney <br><br> **ATTORNEYS FOR DEFENDANT FAMILY HOME HEALTH SERVICES, LLC D/B/A VITALCARING GROUP** |

## **CERTIFICATE OF SERVICE**

This is to certify that on the 9th day of January 2026, the undersigned emailed the foregoing as follows:

>Louis H. Watson, Jr. (MS Bar No. 9053)
>WATSON & NORRIS, PLLC
>4209 Lakeland Drive, Suite 365
>Flowood, MS 39232-9212
>Telephone:   601.968.9212
>Email: louis@watsonnorris.com
>
>*Attorneys for Plaintiff Matthew Mazara*

*/s/ James A. McGehee*
James A. McGehee
